IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| LUKE BRANDON BUSKIRK, | **)** | |
| | **)** | |
| Plaintiff, | **)** | |
| | **)** | |
| v. | **)** | 1:25-cv-693 |
| | **)** | |
| LESLIE COOLEY-DISMUKES, | **)** | |
| | **)** | |
| Defendants. | **)** | |

## <u>ORDER</u>

This matter is before the Court on the United States Magistrate Judge's

Memorandum Opinion and Recommendation ("Recommendation") to dismiss the case

as untimely under 28 U.S.C. § 2244(d)(1).  The United States Magistrate Judge filed the

Recommendation on March 5, 2026. *See* Dkt. 10.  The Clerk's office served notice on the

parties, *see* Dkt. 11, and no objections were filed within the requisite time limits. *See* 28

U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).  Therefore, the Court need not make a *de*

*novo* determination, *see* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3), and "must 'only

satisfy itself that there is no clear error on the face of the record in order to accept the

recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note to 1983 amendment). After due consideration, the Magistrate Judge's Recommendation is hereby adopted in full.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, Dkt. 10, is **ADOPTED**. **IT IS FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE** as untimely under 28 U.S.C. § 2244(d)(1).

The Court further finds that there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling. Accordingly, a certificate of appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 28th day of April, 2026.

_____
LINDSEY A. FREEMAN
UNITED STATES DISTRICT JUDGE

2